|   |   |
|---|---|
|   | **FILED**<br>CLERK, U.S. DISTRICT COURT<br><br>2/23/2015<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: \_\_\_\_CW\_\_\_\_ DEPUTY |

# UNITED STATES DISTRICT COURT

## DISTRICT OF CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH RODRIGUEZ and DANNY RODRIGUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MACY'S MERCHANDISING GROUP, INC., a Delaware Corporation; MACY'S WEST STORES, INC.; AMSTORE CORPORATION, a Michigan Corporation; CRST SPECIALIZED TRANSPORTATION, INC., an Indiana Corporation; LOGISYS, INC., dba BELTMANN INTEGRATED LOGISTICS, a Michigan Corp., and BELTMANN GROUP INCORPORATED dba BELTMANN RELOCATION GROUP, a Minnesota Corporation, ,<br><br>    Defendants. | Case No. 2:13 CV-7582-MWF (ASx)<br><br>**ORDER FOR DISMISSAL OF THE COMPLAINT AND ALL CROSS-CLAIMS, WITH PREJUDICE, PURSUANT TO FRCP RULE 41(a)(1)(A)(ii)** |
| AND RELATED CROSS ACTIONS | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

1. Pursuant to the Stipulations of the Parties and in accordance with <u>Fed. R. Civ. P.</u> Rule 41(a)(1)(A)(ii), the above-entitled action is dismissed as to all defendants and as to all causes of action, with prejudice.

2. Pursuant to the Stipulations of the Parties and in accordance with <u>Fed. R.</u>

1

616198.1 1662.36426

1  Civ. P. Rule 41(a)(1)(A)(ii), all Cross-Claims in the above-entitled action
2  are dismissed as to all Cross-defendants and as to all causes of action, with
3  prejudice.

4  **IT IS SO ORDERED.**

5  February 23 , 2015

_____
HON. MICHAEL W. FITZGERALD
United States District Court Judge